# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

vs.  Case No. 8:16-cr-44-T-27MAP

RODRIGO ENRIQUE CASTILLO MOLINA
_____/

## ORDER

**BEFORE THE COURT** is Defendant's *pro se* Motion for Modification or Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. 62). The motion is DENIED.

Defendant relies on Amendment 782 to the United States Sentencing Guidelines. Amendment 782 had an effective date of November 1, 2014. Defendant was sentenced on July 5, 2016, <u>after</u> the effective date of Amendment 782. He therefore received the benefit of Amendment 782.[1]

**DONE AND ORDERED** this 9th day of November, 2017.

JAMES D. WHITTEMORE
**United States District Judge**

Copies to: Defendant, Counsel of Record

---

[1] Title 18 U.S.C. Section 3582(c)(2) provides:

[I]n the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has *subsequently* been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant or the Director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent that they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission. (emphasis added).